

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00312-CV

**Theresa G. Stowers**

**v.**

**Texas Department of Public Safety**

NO. 1941294-Y IN THE CO CRIM CT AT LAW NO 9 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|-------------|---------|----------|--------|---------|
| MT FEE | $10.00 | 11/25/2014 | NOT PAID | ANT |
| MT FEE | $10.00 | 11/10/2014 | E-PAID | APE |
| MT FEE | $10.00 | 10/01/2014 | E-PAID | APE |
| FILING | $195.00 | 09/16/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $225.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 19, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**